AO 94  (Rev. 8/97) Commitment to Another District

FILED

# UNITED STATES DISTRICT COURT

WESTERN _____ District of _____ TEXAS

CLERK, U.S. DISTRICT
WESTERN DISTRICT COURT
BY _____ DEPUTY

JUL 0 1 2016

UNITED STATES OF AMERICA
V.
DEREK CALDERON

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | Case No. 16-6229-SNOW (Southern District of Florida) | 3:16-M-02608-ATB | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment    Information    X Complaint    Other    Superseding Indictment

charging a violation of    21    **U.S.C.**  §§ 841(a)(1), 841(b)(1)(B) & 846 and 18 U.S.C. 2

**DISTRICT OF OFFENSE**
United States District Court for the Southern District of Florida

**DESCRIPTION OF CHARGES:**

Conspiracy to possess with Intent to Distribute 50 grams or more of methamphetamine and distribution of 50 grams or more of methamphetamine.

**CURRENT BOND STATUS:**

☐    Bail fixed                          and conditions were not met
☐    Government moved for detention and defendant detained after hearing in District of Arrest
X    Government moved for detention and defendant detained pending detention hearing in District of Offense
☐    Other

**Representation:**    Retained Own Counsel  X  Federal Defender         CJA Attorney    ☐ None

**Interpreter** _____   X  No       ☐ Yes       Language:

WESTERN        **DISTRICT**    OF    TEXAS

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____ July 1, 2016 _____            _____

Date            ANNE T. BERTON, UNITED STATES MAGISTRATE JUDGE

| **RETURN** |
|---|

This commitment was received and executed as

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |